An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

CARLOS MIGUEL CHACON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63831

**FILED**

SEP 17 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order of the district court "Denying Defendant's Pro Per Motion to Appoint Counsel on Direct Appeal," and "Denying Defendant's Pro Per Accused Motion to Dismiss for Lack of Subject Matter Jurisdiction." Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

We lack jurisdiction because no statute or court rule provides for an appeal from the aforementioned order, *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990), therefore we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc: Hon. Stefany Miley, District Judge
Carlos Miguel Chacon
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-27461